UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CURTIS L. YOUNG,

    Plaintiff,

v.

Case No. 11-CV-12613
HON. GEORGE CARAM STEEH

BAC HOME LOANS SERVICING, LP,
and FEDERAL NATIONAL
MORTGAGE ASSOCIATION,

    Defendants.

_____/

## JUDGMENT

The above entitled matter has come before the court on defendants' motion to dismiss, and in accordance with the court's order granting defendants' motion entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby entered in favor of defendants on plaintiff's claims.

                                    DAVID J. WEAVER
                                    CLERK OF THE COURT

                                    BY: s/Josephine Chaffee
                                          DEPUTY COURT CLERK

Dated: January 10, 2012